FILED
CLERK, U.S. DISTRICT COURT
JAN 15 2008
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| ERIC L. GONZALEZ,<br><br>    Petitioner,<br><br>vs.<br><br>B. CURRY, Warden,<br><br>    Respondents. | Case No. CV 07-7630-MMM (JWJ)<br><br>JUDGMENT |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that petitioner's Motion for Judicial Notice that Petition is not Second or Successive and his Motion for Judicial Notice to File Petition are denied, and that the instant Petition for Writ of Habeas Corpus is dismissed without prejudice as successive.

DATED: _January 11, 2008_

_Margaret M. Morrow_
MARGARET M. MORROW
United States District Judge